THE SYRACUSE TRUST COMPANY, Appellant, v. AUGUST C. HOFMANN, JR., and NORBERT L. HOFMANN, Respondents.— Each order affirmed, with ten dollars costs and disbursements. Memorandum: Defendants were sureties for the payment of a debt of $5,000 secured by a mortgage on real estate for that amount. The owners of the mortgaged property afterwards gave a $4,000 mortgage on the premises, and the plaintiff, owner of the $5,000 mortgage, without the knowledge or consent of defendants, made an agreement subordinating the $5,000 mortgage to the $4,000 mortgage. The $4,000 mortgage was foreclosed, in an action to which defendants were not made parties, and the $5,000 mortgage was cut off. In the complaint [and notices of motion for judgment], in the present action, plaintiff claims the right to recover $1,000 from defendants on their bond, conceding injury to defendants in the sum of $4,000 in having released that much of the security for the $5,000 debt on which defendants were liable. Defendants, by their answers, claim to have been injured to the extent of the whole $5,000, not entirely by reason of the release of $4,000 worth of the security, but by reason of the fact that defendants had the privilege of paying the $5,000 debt and taking over the $5,000 mortgage security, and that, through the cutting off of that security, without their knowledge or consent, defendants have been entirely deprived of that privilege. All concur. (The orders deny plaintiff's motions for judgment on the pleadings.) Present — Crosby, Cunningham, Taylor and Dowling, JJ.

SARAH MOSSIP, as Administratrix, etc., of WILLIAM H. MCKENZIE, Deceased, Appellant, v. F. H. CLEMENT & Co., Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 469.] Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

FRANK J. HEID, as Administrator, etc., of JOSEPH L. HEID, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

# FIRST DEPARTMENT, JUNE, 1939.
## (June 2, 1939.)

MILDRED J. JAMACK, Respondent, v. ROBERT M. DICK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

In the Matter of the Judicial Settlement of the Account of Proceedings of BENJAMIN W. HUEBSCH and HENRY J. KANTROWITZ, as Administrators with the Will Annexed of JOSHUA KANTROWITZ, Deceased, and of ISIDOR FRIEND, as Trustees under the Last Will and Testament of BANNED FRIEND, Deceased.— Decree so far as appealed from unanimously affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., Relator, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of the Board of Taxes and Assessments of the City of New York, Respondents. (Taxes cf 1932.) — Order unanimously modified by reducing the assessment for

the year 1932 to the sum of $1,050,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York ex rel. Happiness Candy Stores, Inc., Relator, Appellant, v. James J. Sexton and Others, as Commissioners of the Board of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1933.) — Order unanimously modified by reducing the assessment for the year 1933 to the sum of $1,000,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York ex rel. Happiness Candy Stores, Inc., Relator, Appellant, v. William Stanley Miller and Others, as Commissioners of the Board of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934.) — Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of Louis H. Staples, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act against Paul J. Kern and Others, as the Municipal Civil Service Commission of the City of New York, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

The National City Bank of New York, Judgment Creditor, Respondent, v. Lucy S. Desz, Judgment Debtor. (John Hancock Mutual Life Insurance Company, " Third Party " Appearing Specially, Appellant.) — Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of Acquiring Title by the City of New York, to Certain Lands and Premises Situated on the Northerly Side of West 92nd Street, and the Southerly Side of West 93rd Street, 100 Feet East of Amsterdam Avenue, in the Borough of Manhattan, City of New York, Duly Selected as a Site for School Purposes According to Law. Joseph Padovano, Petitioner, Appellant; The City of New York, Lillian M. Burke, Individually and as Executrix, etc., of Gustav Lange, Jr., Deceased, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of Herman Finkelstein as President and Samuel Levy as Secretary-Treasurer of United Hatters, Cap and Millinery Workers International Union, Local No. 3, Affiliated with American Federation of Labor, Petitioners, Respondents, against Jacob Elishewitz & Sons Co., Inc., Appellant, for an Order Designating and Appointing an Arbitrator, and Directing the Defendant to Submit to Such Artitrator for Hearing and Determination of the Entire Matter of Wage Adjustments between the Parties.—Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New